ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| EL PUEBLO DE PUERTO RICO<br><br>Parte Apelada<br><br><br>v.<br><br><br>BERNARDINO TORRES LÓPEZ<br><br>Parte Apelante | KLAN202200721 | *Apelación*<br>Procedente del Tribunal de Primera Instancia, Sala Superior de Ponce<br><br>Caso Núm.:<br>J LE2021G0083 (501)<br><br>Sobre:<br>Art. 3.3 Ley 54 |

Panel integrado por su presidente, el Juez Bermúdez Torres, la Jueza Romero García y el Juez Monge Gómez[1].

Monge Gómez, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 22 de enero de 2024.

Compareció la parte apelante, el Sr. Bernandino Torres López (en adelante, el "señor Torres" o el "Apelante"), mediante el presente recurso de apelación. Nos solicitó la revocación de la *Sentencia* emitida el 11 de agosto de 2022, por el Tribunal de Primera Instancia, Sala Superior de Ponce (en adelante, el "TPI"). En el referido dictamen, el foro primario aceptó el veredicto emitido por el jurado y declaró culpable al señor Torres por el delito de Artículo 3.3 de la Ley Núm. 54 de 15 de agosto de 1989, según enmendada, conocida como la "Ley para la Prevención e Intervención con la Violencia Doméstica", 8 LPRA sec. 633, y no culpable por una infracción al Artículo 6.06 de la Ley Núm. 168-2019, según enmendada, también conocida como la "Ley de Armas de Puerto Rico de 2020", 25 LPRA sec. 466e.

Tras varios trámites interlocutorios ante este Tribunal, el 18 de enero de 2024, el señor Torres presentó una "**Moción Informativa y Solicitud de Desistimiento**", acompañada de una Declaración Jurada suscrita por el propio Apelante. Mediante la misma, expuso que debido a que había

---

[1] Mediante Orden Administrativa OATA-2023-037, se designó al Hon. José Johel Monge Gómez en sustitución de la Hon. Gina R. Méndez Miró, toda vez que está última dejó de ejercer funciones como Jueza del Tribunal de Apelaciones.

cumplido la sentencia impuesta por el TPI, se encontraba en la libre comunidad y que se trasladaría a los Estados Unidos, no tenía interés en continuar con el trámite apelativo iniciado con la presentación del recurso ante nuestra consideración y decidió desistir de su apelación.

Evaluada la referida solicitud de desistimiento y los documentos que obran en los autos, se declara "Ha Lugar" y en virtud de las disposiciones de la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, se ordena el cierre y archivo definitivo del caso, sin especial imposición de costas, gastos u honorarios de abogado. 4 LPRA Ap. XXII-B, R. 83 (A).

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones